Case 7:13-cr-00911-NSR   Document 168   Filed 08/31/20   Page 1 of 2

**MEMO ENDORSED**

**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
850 THIRD AVENUE
14TH FLOOR
NEW YORK, N.Y. 10022

DANIEL S. PARKER
MICHAEL CARMODY
CHRISTINA S. COOPER

TELEPHONE: (212) 239-9777
FACSIMILE: (212) 239-9175
DanielParker@aol.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/31/2020

August 31, 2020

**By ECF**
Hon. Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: <u>United States v. Cheri Almanzar-Paulino</u>
7:13-cr-00911-NSR-4

Dear Judge Roman:

I write with the consent of AUSA Perry Carbone and Probation Officer Christopher Baker requesting permission for Mr. Almanzar-Paulino to travel to the Dominican Republic to visit his ailing mother and to return to New York in one month.

Mr. Almanzar-Paulino's mother, Estebania Paulina Mena, is seriously ill and was recently in the Clinica Centro Medico Cardio Renal hospital. She was released from the hospital about one week ago and sent to the Clinical Surgical Center in The Guaranas, for treatment. Under separate cover, I have provided Probation with a letter providing proof of her diagnosis, which includes "a hypertensive crisis, probable left brain vascular disease, and diabetes Decompensated type two mellitus."

If the Court approves of this application, Mr. Almanzar-Paulino will be staying at Calle Duarte # 89, Las Guaranas San Francisco de Macori.

Since his release from custody in October 2019, Mr. Almanzar-Paulino has been compliant with his supervision requirements. He has been living in Yonkers and working as a stock person. His term of supervision is due to end in October 2022.

Mr. Almanzar respectfully requests that the Court grant this application and direct that Mr. Almanzar-Paulino return to this District no later than one month from the date of the Court's order and that upon his return, he notify his Probation Officer immediately.

In addition, I respectfully request that the Court re-appoint me to represent him for this limited purpose *nunc pro tunc* to August 26, 2020.

1

If the foregoing meets with the Court's approval, then I respectfully request that Your Honor "So Order" this letter.

Thank you for your attention to, and consideration in, this matter.

> Respectfully submitted,
>
> /s/
>
> Daniel S. Parker
> Parker and Carmody, LLP
> 850 Third Avenue
> 14th Floor
> New York, NY 10022
> Tel. 212-239-9777

Cc: AUSA P. Carbone
    PO C. Baker (by email)

Counsel's request to be reappointed to represent Defendant for this limited purpose *nunc pro tunc* to Aug. 26, 2020 is granted. There being no opposition from the U.S. Government, the application is granted. Clerk of the Court requested to terminate the motion (doc. 168).

Dated: Aug. 31, 2020    SO ORDERED.

Nelson S. Román, U.S.D.J.