**MEMO ENDORSED**

**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

TELEPHONE: (212) 239-9777
FACSIMILE: (212) 239-9175
DanielParker@aol.com

DANIEL S. PARKER
MICHAEL CARMODY
CHRISTINA S. COOPER

**By ECF**
Hon. Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/2021

Supervisee Almanzar's application, with the consent of AUSA Carbone and Probation Officer Alexander, is GRANTED. Supervisee Almanzar is permitted to leave from the Southern District of New York on June 17, 2021 in order to visit his sister in the Dominican Republic. He is to return to the Southern District of New York on, or before, July 5, 2021, and to notify his Probation Officer immediately. The Clerk of the Court is directed to terminate the Motion at ECF No. 170.

Dated: June 16, 2021
White Plains, NY

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge

Re: **United States v. Cheri Almanzar-Paulino**
**7:13-cr-00911-NSR-4**

Dear Judge Roman:

    I write with the consent of AUSA Perry Carbone and Probation Officer Christina Alexander requesting permission for Mr. Almanzar to travel to the Dominican Republic to visit his very ill sister and to return in approximately 3 weeks.

    He requests permission to leave tomorrow and return on July 5, 2021.

    Mr. Almanzar's sister has been diagnosed with cancer and is due to undergo surgery tomorrow. The surgery is high risk and she has asked him to be with her.

    I have spoken with Probation Officer Alexander and emailed with AUSA Carbone and neither party objects to this application.

    If the Court approves of this request, Mr. Almanzar will be staying at Calle Duarte # 89, Las Guaranas San Francisco de Macori.

    Since his release from custody in October 2019, Mr. Almanzar has been compliant with his supervision requirements. He has been living in Yonkers and working as a stock person. His term of supervision is due to end in October 2022.

    Mr. Almanzar respectfully requests that the Court grant this application and direct that Mr. Almanzar return to this District by July 6, 2021, and that upon his return, he notify his Probation Officer immediately.

    If the foregoing meets with the Court's approval, then I respectfully request that Your Honor "So Order" this letter.

1

Thank you for your attention to, and consideration in, this matter.

                                                                                            Respectfully submitted,

                                                                                           <u>Daniel S. Parker</u>
                                                                                           Parker and Carmody, LLP
                                                                                           30 East 33rd Street
                                                                                           6th Floor
                                                                                           New York, NY 10022
                                                                                           Tel. 917-670-7622

Cc:  AUSA P. Carbone
       PO C. Baker (by email)